IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

    Plaintiff,
v.

BUREAU OF PRISONS DIRECTOR (B.O.P.) H. LAPPIN,
BUREAU OF PRISONS U.S.P. A.D.X. MAX,
MR. ROBERT WILEY (Warden),
BUREAU OF PRISONS U.S.P. ADMINISTRATION ADX MAX,
A.W. PROGRAMS,
A.W. CUSTODY,
CAPTAIN CHURCH,
BUREAU OF PRISONS UNIT MANAGEMENT G-UNIT,
MR. M. COLLINS,
MRS. T. SUDLOW,
MR. G. KNOX,
BUREAU OF PRISON U.S.P. A.D.X. INTERNAL SUPERVISORS,
S.I.S. AND S.I.A. INVESTIGATORS AND LIEUTENANTS, and
MANAGEMENT AND PRODUCERS AT HISTORY CHANNEL 36 AND AFFILIATES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 6 2008

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these

documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated at Denver, Colorado this 6th day of March, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00153-LTB-MEH

Jerry Lee Bustos
Reg. No. 52886-080
ADX - Florence
PO Box 8500
Florence, CO 81226

Bureau of Prisons U.S.P. A.D.X. Max, Mr. Robert Wiley,
Bureau of Prisons U.S.P. Administration ADX Max,
A.W. Programs, A.W. Custody, Captain Church,
Bureau of Prisons Unit Management G-Unit,
Mr. M. Collins, Mrs. T. Sudlow, Mr. G. Knox,
Bureau of Prison U.S.P. A.D.X. Internal Supervisors,
S.I.S. and S.I.A. Investigators and Lieutenants, – **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

Harley G. Lappin, Director- **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

US Marshal Service
Service Clerk
Service forms for: Management and Producers at History Channel 36 and Affiliates,

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on Bureau of Prisons U.S.P. A.D.X. Max, Mr. Robert Wiley, Bureau of Prisons U.S.P. Administration ADX Max, A.W. Programs, A.W. Custody, Captain Church, Bureau of Prisons Unit

Management G-Unit, Mr. M. Collins, Mrs. T. Sudlow, Mr. G. Knox, Bureau of Prison U.S.P. A.D.X. Internal Supervisors, S.I.S. and S.I.A. Investigators and Lieutenants; to the United States Marshal Service for service of process on Management and Producers at History Channel 36 and Affiliates; to Harley Lappin, Director Federal Bureau of Prisons; to The United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 2/7/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/6/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk