IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

    Plaintiff,

v.

BUREAU OF PRISONS DIRECTOR (B.O.P.) H. LAPPIN,
BUREAU OF PRISONS U.S.P. A.D.X. MAX,
MR. ROBERT WILEY (Warden),
BUREAU OF PRISONS U.S.P. ADMINISTRATION ADX MAX,
A.W. PROGRAMS,
A.W. CUSTODY,
CAPTAIN CHURCH,
BUREAU OF PRISONS UNIT MANAGEMENT G-UNIT,
MR. M. COLLINS,
MRS. T. SUDLOW,
MR. G. KNOX,
BUREAU OF PRISON U.S.P. A.D.X. INTERNAL SUPERVISORS,
S.I.S. AND S.I.A. INVESTIGATORS AND LIEUTENANTS, and
MANAGEMENT AND PRODUCERS AT HISTORY CHANNEL 36 AND AFFILIATES,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 1, 2008.**

    Plaintiff has filed a Motion for Preliminary Injunction requesting that the History Channel be required to immediately stop airing the documentary that is the subject of this lawsuit [Docket #21]. The Motion is **denied without prejudice**. A Motion for Preliminary Injunction must set forth the reasons, under applicable case law, why an injunction is appropriate. Plaintiff's one-page motion provides no basis for the relief requested.