IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

    Plaintiff,
v.

BUREAU OF PRISONS DIRECTOR (B.O.P.) H. LAPPIN,
BUREAU OF PRISONS U.S.P. A.D.X. MAX,
MR. ROBERT WILEY (Warden),
BUREAU OF PRISONS U.S.P. ADMINISTRATION ADX MAX,
A.W. PROGRAMS,
A.W. CUSTODY,
CAPTAIN CHURCH,
BUREAU OF PRISONS UNIT MANAGEMENT G-UNIT,
MR. M. COLLINS,
MRS. T. SUDLOW,
MR. G. KNOX,
BUREAU OF PRISON U.S.P. A.D.X. INTERNAL SUPERVISORS,
S.I.S. AND S.I.A. INVESTIGATORS AND LIEUTENANTS, and
MANAGEMENT AND PRODUCERS AT HISTORY CHANNEL 36 AND AFFILIATES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 28, 2008.**

    Plaintiff's Motion to Remand, and, or Motion to Transfer Case to State Court Jurisdiction [Filed May 22, 2008; Docket #55] is **denied**. A case cannot be transferred or remanded to state court unless it was removed from state court pursuant to 28 U.S.C. § 1446. In essence, Plaintiff seeks to raise state court claims against Defendant AETN. To do so, Plaintiff must either file a separate lawsuit against Defendant AETN in state court, or file a Motion to Amend his Complaint in this case to assert claims for violation of state law, not constitutional claims, against Defendant AETN.