# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

    Plaintiff,

v.

BUREAU OF PRISONS DIRECTOR (B.O.P.) H. LAPPIN,
BUREAU OF PRISONS U.S.P. A.D.X. MAX MR. ROBERT WILEY (Warden),
BUREAU OF PRISONS U.S.P. ADMINISTRATION ADX MAX,
A.W. PROGRAMS,
A.W. CUSTODY,
CAPTAIN CHURCH,
BUREAU OF PRISONS UNIT MANAGEMENT G-UNIT,
MR. M. COLLINS,
MRS. T. SUDLOW,
MR. G. KNOW,
BUREAU OF PRISONS U.S.P. A.D.X. INTERNAL SUPERVISORS,
S.I.S. AND S.I.A. INVESTIGATORS AND LIEUTENANTS, and
MANAGEMENT AND PRODUCERS AT HISTORY CHANNEL 36 AND AFFILIATES,

    Defendants.

___

## ORDER
___

    This case is before me on the recommendation of the Magistrate Judge issued and served on May 13, 2008 (Doc 54). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendant A&E Television Network's (listed as Management and Producers at History Channel 36 and Affiliates) Motion to Dismiss (Doc 27) is GRANTED.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: June 4, 2008