IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

    Plaintiff,
v.

BUREAU OF PRISONS DIRECTOR (B.O.P.) H. LAPPIN,
BUREAU OF PRISONS U.S.P. A.D.X. MAX,
MR. ROBERT WILEY (Warden),
BUREAU OF PRISONS U.S.P. ADMINISTRATION ADX MAX,
A.W. PROGRAMS,
A.W. CUSTODY,
CAPTAIN CHURCH,
BUREAU OF PRISONS UNIT MANAGEMENT G-UNIT,
MR. M. COLLINS,
MRS. T. SUDLOW,
MR. G. KNOX,
BUREAU OF PRISON U.S.P. A.D.X. INTERNAL SUPERVISORS, and
S.I.S. AND S.I.A. INVESTIGATORS AND LIEUTENANTS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 12, 2008.**

    Plaintiff's Motion to Amend Complaint [Filed June 6, 2008; Docket #59] is **denied without prejudice**. Plaintiff must attach an Amended Complaint to his Motion to Amend that sets forth all allegations and claims he wishes to bring against all parties. This is necessary so that one complaint can serve as the operative document, rather the Court and the parties being required to look through several documents to put together all of Plaintiff's claims. In addition, Plaintiff's Motion to Amend mentions Colorado State Tort Laws but does not specify which tort claims, whether defamation, negligent infliction of emotional distress, or even intentional infliction of emotional distress, he seeks to bring against AETN.

    Accordingly, Plaintiff should re-submit his Motion to Amend and attach the Second Amended Complaint containing all allegations and claims he is asserting in this lawsuit.