IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 08-cv-00153-LTB-MEH | Date: July 16, 2008 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

JERRY LEE BUSTOS,                                              *Pro Se* (by telephone)

      Plaintiff,

v.

H. LAPPIN,                                                                  Marcy Cook
BUREAU OF PRISONS U.S.P.A.D.X. MAX,
ROBERT WILEY,
BUREAU OF PRISONS U.S.P. ADMINISTRATION
ADX MAX,
A.W. PROGRAMS,
A.W. CUSTODY,
CHURCH,
BUREAU OF PRISONS UNIT MANAGEMENT G-UNIT,
M. COLLINS,
T. SUDLOW,
G. KNOX,
BUREAU OF PRISON U.S.P.A.D.X. INTERNAL
SUPERVISORS,
S.I.S. AND S.I.A. INVESTIGATORS AND
LIEUTENANTS, and
HISTORY CHANNEL 36 AND AFFILIATES,               Steven Zansberg

      Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC PRELIMINARY SCHEDULING/STATUS CONFERENCE**

**Court in session:**     9:23 a.m.

Court calls case. Appearances of *pro se* Plaintiff by telephone and counsel.

Discussion regarding Plaintiff's letters to the Court. The Court informs Plaintiff to file pleadings properly, with case number and caption, and not letters.

Discussion regarding Plaintiff's Letter (Motion) to Assigned Judge Babcock requesting to amend

the complaint (Doc. #75, filed 7/11/08).

**ORDERED:** Plaintiff's Letter (Motion) to Assigned Judge Babcock requesting to amend the complaint (Doc. #75, filed 7/11/08) is GRANTED. Plaintiff shall have to and including **July 21, 2008,** to have the Second Amended Complaint in the mail.

Discussion regarding the pending Motion to Dismiss filed by Ms. Cook, Plaintiff's letters (motions) requesting appointment of counsel, service on Defendant History Channel, and staying discovery.

The Court will not enter a Scheduling Order at this time.

**ORDERED:** The Preliminary Scheduling/Status Conference is RESET to **August 25, 2008, at 9:15 a.m.** The hearing may be vacated, if discovery is stayed. The plaintiff shall participate in this conference by telephone. Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

**Court in recess:** 9:50 a.m. **(Hearing concluded)**
**Total time in Court:** 0:27