F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG  7 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

    Plaintiff,
v.

BUREAU OF PRISONS DIRECTOR (B.O.P.) H. LAPPIN,
BUREAU OF PRISONS U.S.P. A.D.X. MAX,
MR. ROBERT WILEY (Warden),
BUREAU OF PRISONS U.S.P. ADMINISTRATION ADX MAX,
A.W. PROGRAMS,
A.W. CUSTODY,
CAPTAIN CHURCH,
BUREAU OF PRISONS UNIT MANAGEMENT G-UNIT,
MR. M. COLLINS,
MRS. T. SUDLOW,
MR. G. KNOX,
BUREAU OF PRISON U.S.P. A.D.X. INTERNAL SUPERVISORS,
S.I.S. AND S.I.A. INVESTIGATORS AND LIEUTENANTS, and
MANAGEMENT AND PRODUCERS AT HISTORY CHANNEL 36 AND AFFILIATES,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

The Court has granted the plaintiff leave to proceed *in forma pauperis*. Plaintiff has amended his Complaint, with leave of Court, to include Defendant AETN (History Channel). It now is, therefore,

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant AETN. If unable to do so, the United States Marshal shall serve a copy of the Second Amended Complaint (docket #78), summons, and order granting leave to proceed pursuant to 28 U.S.C. § 1915, upon defendant AETN. If appropriate, the Marshal shall first attempt to obtain a

waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendant AETN shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process.

Dated at Denver, Colorado this 6th day of August, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00153-LTB-MEH

Jerry Lee Bustos
Reg. No. 52886-080
ADX - Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: AETN (History Channel)

Marcy E. Cook
United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on AETN (History Channel) and; to the United States Attorney's Office: AMENDED COMPLAINT FILED 08/04/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/7/08.

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                      Deputy Clerk