IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

    Plaintiff,
v.

H. LAPPIN, Bureau of Prisons (B.O.P.) Director,
ROBERT WILEY, Warden,
BUREAU OF PRISONS UNIT MANAGEMENT G-UNIT,
KRIST, B.O.P. Supervisor S.I.S. S.I.A., A.D.X. Max,
JONES, B.O.P. Associate Warden - Programs, A.D.X. Max,
FOX, B.O.P. Associate Warden - Custody, A.D.X. Max,
CHURCH, Captain, A.D.X. Max,
AETN History Channel, Management, Producers, Editors, Supervisors, and Affiliates,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 22, 2008.**

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff's Unopposed Motion for Leave to Amend Complaint [filed October 20, 2008; docket #102] is **granted**. Plaintiff shall file his Third Amended Complaint on or before **November 10, 2008**. Defendants shall answer or otherwise respond to Plaintiff's Third Amended Complaint on or before **December 10, 2008**.

Per paragraph five of Plaintiff's Unopposed Motion for Leave to Amend Complaint, Defendants' Motion to Stay Discovery [filed August 19, 2008; docket #85] is **denied as moot**.

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiff's Unopposed Motion to Vacate Scheduling Order [filed October 20, 2008; docket #103] is **granted**. For good cause shown, the Court vacates the Scheduling Order issued August 25, 2008 [dockets #88, 89].

A telephonic status conference is hereby set in this case for **Tuesday, November 18, 2008, at 9:00 a.m.** to re-set conference dates and deadlines in this matter. The parties are directed to conference together and contact Chambers at (303) 844-4507 at the designated time.