IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

    Plaintiff,
v.

H. LAPPIN, Bureau of Prisons (B.O.P.) Director,
ROBERT WILEY, Warden,
BUREAU OF PRISONS UNIT MANAGEMENT G-UNIT,
KRIST, B.O.P. Supervisor S.I.S. S.I.A., A.D.X. Max,
JONES, B.O.P. Associate Warden - Programs, A.D.X. Max,
FOX, B.O.P. Associate Warden - Custody, A.D.X. Max,
CHURCH, Captain, A.D.X. Max,
AETN History Channel, Management, Producers, Editors, Supervisors, and Affiliates,

    Defendants.

---

## RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS

---

Pending before the Court is Defendants Bureau of Prisons, Lappin, Wiley, Krist, Jones, Fox, and Church's Motion to Dismiss [filed August 19, 2008; docket #84]. Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. Colo. LCivR 72.1.C, the Motion has been referred to this Court for recommendation. Per this Court's minute order in this matter issued contemporaneously with this recommendation and paragraph five of Plaintiff's Unopposed Motion for Leave to Amend Complaint [filed October 20, 2008; docket #102], the Court RECOMMENDS Defendants Bureau of Prisons, Lappin, Wiley, Krist, Jones, Fox, and Church's Motion to Dismiss [filed August 19, 2008; docket #84] be **DENIED AS MOOT**. *See Kelley v. N.Y. Life Ins. and Annuity Corp.*, No. 07-cv-01702-LTB-BNB, 2008 WL 1782647, at *1 (D. Colo. Apr. 17, 2008) (denying in part as moot defendants' motion to dismiss because the court granted plaintiff's second motion for leave to

amend).[1]

Dated at Denver, Colorado, this 22nd day of October, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

---

[1] Be advised that all parties shall have ten (10) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within ten (10) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).