IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

     Plaintiff,
v.

UNITED STATES OF AMERICA,
BUREAU OF PRISONS,
HARRELL WATTS, individually and as Administrator, Federal Bureau of Prisons,
MICHAEL K. NALLEY, individually and as Regional Director, Bureau of Prisons,
R. WILEY, individually and as Warden, U.S.P. Admin. Max.,
COLLINS, individually and as Unit Manager, U.S.P. Admin. Max.,
JOHN DOE #1, individually and officially,
JOHN DOE #2, individually and officially,
JOHN DOE #3, individually and officially, and
A&E TELEVISION NETWORKS,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 5, 2009.**

     The Joint Motion to Vacate Settlement Conference [filed February 4, 2009; docket #138] is **granted**. The Settlement Conference set in this matter for Thursday, February 19, 2009, at 8 a.m. is hereby **vacated**. The parties shall conference together and call Chambers at (303) 844-4507 on or before **February 12, 2009**, to reschedule.

     Defendant AETN's Unopposed Motion for Extension of Time in which to File Reply Brief [filed February 4, 2009; docket #139] is **granted**. Defendant AETN shall submit its Reply on or before **February 24, 2009**.