IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
BUREAU OF PRISONS,
HARRELL WATTS, individually and as Administrator, Federal Bureau of Prisons,
MICHAEL K. NALLEY, individually and as Regional Director, Bureau of Prisons,
R. WILEY, individually and as Warden, U.S.P. Admin. Max.,
COLLINS, individually and as Unit Manager, U.S.P. Admin. Max.,
JOHN DOE #1, individually and officially,
JOHN DOE #2, individually and officially,
JOHN DOE #3, individually and officially, and
A&E TELEVISION NETWORKS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 24, 2009.**

    The Unopposed Motion of AETN to Take the Deposition of a Person Confined in Prison [filed August 21, 2009; docket #181] is **granted**. Fed. R. Civ. P. 30(a)(2)(b) requires a party to obtain leave of court to depose a person confined in prison. As Plaintiff is confined to the custody of the Federal Bureau of Prisons' ADX facility in Florence, Colorado, Defendant AETN properly seeks permission from the Court to conduct Plaintiff's deposition. Accordingly, the Court grants Defendant AETN's Motion and permits Defendant AETN to depose Plaintiff at the ADX facility.