IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
JOHN DOE #1, individually and officially,
JOHN DOE #2, individually and officially,
JOHN DOE #3, individually and officially, and
A&E TELEVISION NETWORKS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 3, 2009.**

    The Unopposed Motion of Defendant AETN to Either Amend Minute Order of October 28, 2009 or to Vacate the Settlement Conference Set for November 9, 2009 [filed November 2, 2009; docket #221] is **granted**, to the extent the party representatives or counsel outside of the Denver Metro area may appear for the Settlement Conference by phone.

    Counsel appearing in person must ensure that party representatives or counsel outside of the Denver Metro area are available by telephone throughout the entirety of the conference. Moreover, the Court emphasizes to the parties that in its experience, cases may require more than one session to complete a settlement, and the Court may require all parties to be present in person at future conferences.