IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
JOHN DOE #1, individually and officially,
JOHN DOE #2, individually and officially,
JOHN DOE #3, individually and officially, and
A&E TELEVISION NETWORKS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2010.**

The stay imposed by the Court is hereby **lifted** as to Defendant A&E Television Networks and **continued** as to Defendant United States, in light of efforts toward settlement by the government.

Pending before the Court is Defendant AETN's Motion for Summary Judgment [filed September 17, 2009; docket #189] and Defendant AETN's Motion for Protective Order Prohibiting Discovery against AETN Pending Resolution of AETN's Motion for Summary Judgment [filed September 17, 2009; docket #194]. Defendant A&E Television Networks may reply in support of the pending motions on or before **February 19, 2010**.

A Status Conference is hereby set in this matter for Monday, **May 3, 2010**, at **9:30 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.