Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

      Plaintiff,

vs.

UNITED STATES OF AMERICA;
JOHN DOE #1, individually and officially;
JOHN DOE #2, individually and officially;
JOHN DOE #3, individually and officially; and
A&E TELEVISION NETWORKS;

      Defendants.

---

# ORDER

---

This matter is before the Court on Plaintiff Jerry Lee Bustos' Unopposed Motion to Enter

Partial Final Judgment pursuant to Fed. R. Civ. P. 54(b). The Court being sufficiently advised

on the premises and finding no just reason for delay, directs entry of final judgment as to AETN

only, pursuant to Fed. R. Civ. P. 54(b).

DATED this   14th   day of      July    , 2010.

                                BY THE COURT:


                               ___s/Lewis T. Babcock_____
                               District Court Judge