IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

 Plaintiff,

v.

UNITED STATES OF AMERICA,
JOHN DOE #1, individually and officially,
JOHN DOE #2, individually and officially, and
JOHN DOE #3, individually and officially,

 Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 4, 2010.**

 Plaintiff's Motion for Leave to File Sur Reply . . . [filed September 28, 2010; docket #307] is **granted**.  The Court recognizes that the government opposes the relief requested, but in the interests of adjudicating the pending motion to dismiss with all potentially relevant facts and law before the Court, the Court believes granting Plaintiff's motion is appropriate and will not prejudice the United States.  Accordingly, the motion is granted, and Plaintiff must file his Sur Reply on or before **October 6, 2010**.  The Court limits Plaintiff's Sur Reply to *five pages*.