IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
JOHN DOE #1, individually and officially,
JOHN DOE #2, individually and officially, and
JOHN DOE #3, individually and officially,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 21, 2010.**

    In light of this Court's recommendation to grant Defendant United States' Motion to Dismiss and Motion for Judgment on the Pleadings, the Court finds good cause exists to stay this matter pending the District Court's ruling on the recommendation. Accordingly, Defendant United States' Motion for Protective Order Staying Discovery [filed July 30, 2010; docket #287] is **granted**. Discovery in this matter is **stayed** until further order by the Court.