IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00153-LTB-MEH

JERRY LEE BUSTOS,

    Plaintiff,

vs.

JOHN DOE #1, individually and officially;
JOHN DOE #2, individually and officially;
JOHN DOE #3, individually and officially; and

    Defendants.

___

## ORDER
___

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Dismiss (Doc 321 - filed January 27, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                            s/Lewis T. Babcock
                            LEWIS T. BABCOCK, Judge

DATED: January 28, 2011